IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Doyle,<br><br>  Plaintiff,<br><br>v.<br><br>Healthcare.com Insurance Services LLC,<br><br>  Defendant. | No. CV-23-00930-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** that the parties' stipulation (Doc. 18) is **granted**. Plaintiff's claims against Defendant are dismissed with prejudice and the putative class's claims are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend (Doc. 12) is **denied** as moot.

Dated this 23rd day of October, 2023.

Dominic W. Lanza
United States District Judge